IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT CHARLES MCJUNKINS**  **PETITIONER**
ADC #181804

v.    Case No: 4:23-cv-01211-LPR

**DEXTER PAYNE,**
*Director, Arkansas Division of Corrections*  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 12).  No objections have been filed, and the time for doing so has expired.[1]  After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED with prejudice.  A certificate of appealability will not issue.

IT IS SO ORDERED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Although he did not file objections, Petitioner did file an interlocutory appeal of the RD to the Eighth Circuit.  *See* Doc. 13.  The Court has considered the arguments raised in his Notice of Interlocutory Appeal as though they are objections to the RD.  *See* Doc. 13.

[2] Despite his argument to the contrary, Petitioner does not have a protected property interest in the procedures outlined in Arkansas Code Annotated § 16-93-615 (Parole eligibility procedures--Offenses committed after January 1, 1994).  *See Jennings v. Lombardi*, 70 F.3d 994, 995–96 (8th Cir. 1995) (explaining that "a protected property interest is not created" by a state statute that is "only procedural").